FILED
2015 JAN -7 PM 12: 50
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISIONS

IN RE:                                           CHAPTER 13
Mark Anthony Jones
Phyllis Clarice Jones                            CASE NO 09-63219
(debtor(s) name)
                                                 JUDGE Hoffman

NOTICE OF CHANGE OF ADDRESS
(DEBTOR ADDRESS)

| | Print or Type - Last Name, First Name, Middle Initial | | | | |
|---|---|---|---|---|---|
| Your Name | Jones, Mark Anthony | | | | |
| Your Name | Jones, Phyllis Clarice | | | | |
| **Old Address** | No. and Street: 3031 Ontario Street | Apt./Suite No. | P.O. Box | R.R. No. | Rural Box No. |
| | City and State: Columbus, | State: OH | ZIP Code: 43224- | | |
| **New Address** | No. and Street: 5024 Carbondale Drive | Apt./Suite No. | P.O. Box | R.R. No. | Rural Box No. |
| | City and State: Columbus | State: OH | ZIP Code: 43232- | | |
| Sign Here | Signature: Mark Anthony Jones / Phyllis Clarice Jones | Date new address in effect | Case No. | | |

CHANGE OF ADDRESS REQUEST FOR Chapter 13

COPIES TO:

UNITED STATES BANKRUPTCY COURT
170 N. HIGH ST
COLUMBUS OH 43115

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215